## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| HOPE LINDSEY, | Civil No. 09-2188 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| MINNESOTA MEDICAL MANAGEMENT, LLC, | |
| Defendant. | |

___

Thomas Lyons, Jr. and Trista Roy, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Patrick Summers, **MACKALL, CROUNSE & MOORE, PLC**, 901 Marquette Avenue, Suite 1400, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed February 5, 2010 [Docket No. 6].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: February 8, 2010
at Minneapolis, Minnesota.

                                                         s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                            United States District Judge